IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

BRANDEN HOLLAND

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

LIEUTANANT J. CHAVARRIA
SERGEANT J. BASSILLO

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No. 2:23cv398JES-NPM

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRANDEN HOLLAND
All other names by which you have been known: #220146744 - M98070

ID Number: METRO WEST DETENTION
Current Institution: CENTER 13850 NW 41ST STREET
Address: DORAL FLORIDA 33178

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: J. CHAVARRIA
Job or Title (if known): LIEUTANANT
Shield Number: 501 SOUTH CALHOUN STREET
Employer: TALLAHASEE FL 32399-2500
Address: CHARlOTTE CORRECTION INSTITUTION

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name: J. BASSILLO

2

| | |
|---|---|
| Job or Title (if known) | SERGEANT |
| Shield Number | 501 SOUTH CALHOUN STREET TALLAHASSEE |
| Employer | FL 32399-2500 |
| Address | CHARLOTTE CORRECTION INSTITUTION |

☒ Individual capacity  ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Shield Number | |
| Employer | |
| Address | |

☐ Individual capacity  ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Shield Number | |
| Employer | |
| Address | |

☐ Individual capacity  ☐ Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

# STATEMENT OF CLAIM

J. CHAVARRIA ACTED UNDER THE COLOR OF LAW WHEN HE INTENTIONALY IN HIS OFFICIAL CAPACITY GAVE AN ORDER TO PLACE PLAINTIFF INSIDE AN UNSECURED CELL WITH THE BACKWINDOW GRILL HANGING FROM THE PLAINTIFF WALL. UNPROVOKE THE WINDOW GRILL FELL FROM THE WALL AND FRACTURED THE PLAINTIFF LEFT ANKLE. THE PLAINTIFF 8TH AMENDMENT TO BE PROTECTED FROM CRUEL AND UNUSAL PUNISHMENT WAS VIOLATED AFTER BEING PLACED ON ANY AND ALL PROPERTY RESTRICTION. J. CHAVARRIA HELD A MALICOUS PROSECUTION WHERE HE FOUND PLAINTIFF GUILTY FOR DESTRUCTION OF STATE PROPERTY. MEDICAL COULD NOT PROPERLY ADDRESS PLAINTIFF INJURIES BECAUSE PLAINTIFF WAS ALLEGEDLY BEING DISCPLINED.

① ON TUESDAY AUGUST 4TH 2020 DEFENDANT J. CHAVARRIA ADVISED UNDER EMPLOYEES THAT HE WANTED PLAINTIFF CELL SWITCHED G1102 TO G2109

② ON WENSDAY AUGUST 5TH 2020 DEFENDANT J. CHAVARRIA ADVISED EMPLOYEES (NAMES UNKNOWN) TO CONDUCT A CELL SEARCH ALONG WITH HIM TO SEARCH FOR A COVID 19 MASK.

③ AUGUST 6TH 2020 APPROXIMATELY 1AM AND 7AM THE BACKWINDOW GRILL COLLASPED AND FELL FROM THE WALL. THE PLAINTIFF STOOD AT THE BACK CORNERSIDE OF THE WINDOW WHERE THE ENTIRE WINDOW GRILL FELL ON PLAINTIFF FOOT (LEFT)

# STATEMENT OF CLAIM

J. BASSILLO IN HIS OFFICIAL CAPACITY ACTED UNDER THE COLOR OF THE LAW WHEN DEFENDANT INTENTIONALLY PLACED THE PLAINTIFF BACK INTO A UNSECURED CELL WITH THE WINDOW GRILL UNBOLTED FROM THE WALL. ONCE PLAINTIFF NOTIFIED DEFENDANT OF A MEDICAL EMERGENCY WHICH OCCURED FROM THE WINDOW BEING UNBOLTED FROM THE WALL J. BASSILLO SHOULD HAVE NEVER PLACED THE PLAINTIFF BACK INTO THE SAME ALTERED CELL. THE PLAINTIFF 8TH AMENDMENT RIGHT TO BE PROTECTED FROM CRUEL AND UNUSUAL PUNISHMENT DELIBERATELY WAS VIOLATED. MEDICAL COULD NOT PROPERLY ADDRESS PLAINTIFF INJURIES BECAUSE PLAINTIFF ALLEGEDLY BEING DISCIPLINED.

① THURSDAY, AUGUST 6TH, 2020 INSIDE OF G-DORMITORY QUARD 2 CELL 109 APPROXIMATELY BETWEEN THE HOURS OF 1 AM AND 3 AM THE PLAINTIFF ON ANY AND ALL PROPERTY RESTRICTION STOOD AT PLAINTIFF CELL WINDOW.

② PLAINTIFF CELL WINDOW FELL FROM IT'S UNBOLTED HINDGES ONTO THE PLAINTIFF LEFT FOOT (ANKLE)

③ AFTER HOURS OF TRYING TO RECEIVE J. BASSILLO ATTENTION BY OTHER INMATES PLAINTIFF WAS CARRIED TO MEDICAL BY J. BASSILLO AND OFFICER (NAME UNKNOWN) AFTER SEEING MEDICAL PLAINTIFF WAS PLACED BACK INTO CELL 109

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PLAINTIFF CLAIMS HIS 8TH AMENDMENT CONSTITUTIONAL RIGHT TO BE PROTECTED FROM CRUEL AND UNUASUl PUNISHMENT HAS BEEN DELIBERATELY VIOLATED BY THE STATE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

YES PLAINTIFF CLAIM AROSE AT CHARLOTTE CORRECTIONAL INSTITUTION INSIDE OF A DORMITORY CELL THURSDAY AUGUST 6TH, 2020 APPROX 1AM AND 3AM

C.     What date and approximate time did the events giving rise to your claim(s) occur?

THURSDAY AUGUST 6TH, 2020 APPROXIAMATELY BEETWEEN THE HOURS OF 10 PM AND 3 AM

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLAINTIFF WAS PLACED IN A UNSECURED CELL AND SUFFERED PHYSICAL INJURIES FROM A WINDOW GRILL FALLING FROM THE CELL WALL. THE PLAINTIFF

5

ASSISTANCE FROM MEDICAL AFTER NOTIFYING MEDICAL DEPARTMENT OF PHYSICAL INJURIES FROM THE WINDOW GRILL WAS ADEQUATELY INEFFECTIVE

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

YES! THE PLAINTIFF SUFFERED INJURIES FOR MONTHS AT A TIME, WITH THE PLAINTIFF LEFT ANKLE SUFFERING FROM A DEEP LACERATION. THE PLAINTIFF LEFT ANKLE WAS TWICE ITS NORMAL SIZE. THE PLAINTIFF REQUIRED "COLD PACKS" FOR THE SWELLEN OF PLAINTIFF LEFT FOOT AND CRUTCHES OR A WHEEL CHAIR FOR THE SUPPORT OF MOVEMENT THE PLAINTIFF DID NOT RECEIVE

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THE PLAINTIFF WANTS TO SETTLE THE DAMAGES IN THE AMOUNT OF $100,000.000 THE PLAINTIFF WOULD LIKE ANY AND ALL FEES WAIVED FOR THE ACTUAL DAMAGE. AND FOR PAIN AND SUFFERING ALSO FOR THE NEGLIENCE OF MEDICAL ASSISTANCE

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

THE PLAINTIFF WAS CONFINED AT CHARLOTTE CORRECTIONAL INSTITUTION

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

THE PLAINTIFF GRIEVANCE'S AT THE PRISON HELD DURING THE TIME OF INCIDENT COVERS ALL OF THE PLAINTIFF'S CLAIMS

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   THE PLAINTIFF FILED Grievances AT THE PRISON THE PLAINTIFF Alleges THE NAME OF INSTITUTION (CHARLOTTE CORRECTION INSTITUTION)

2. What did you claim in your grievance?

   THE PLAINTIFF CLAIMED IN THE Complaint THAT THE WINDOW GRILL INSIDE PLAINTIFF CELL CAUSED SERIOUS PHYSICAL INJURIES AND MEDICAL COULD NOT PROVIDE ASSISTANCE

3. What was the result, if any?

   BECAUSE OF MEDICAL NEGLIGENCE THE PLAINTIFF SUFFERED IN PAIN. BECAUSE OF CORRECTIONAL STAFF THE PLAINTIFF WAS BEING PUNISHED FOR THE INCIDENT OF THE WINDOW GRILL

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   THE PLAINTIFF MADE GOOD EFFORTS TO Exhaust REMEDIES TO THE HIGHEST level THE STAFF RESPONDED TO THE GRIEVANCES AS THEY PICKED APPROPRIATE TO STAFF.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____
   _____
   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☒ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) BRANDEN HOllanD
      Defendant(s) L. JoHNSON

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF JACKSONVILLE

   3. Docket or index number

      3-20-CV-247-J-39 MCR

   4. Name of Judge assigned to your case

      BRIAN J. DAVIS

   5. Approximate date of filing lawsuit

      APril 30 2020

   6. Is the case still pending?

      ☐ Yes

      ☒ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

THE CASE WAS DISMISSED IT WAS NOT APPEALED EITHER IS IT PENDING

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-18, 2023

Signature of Plaintiff: Branden Holland
Printed Name of Plaintiff: BRANDEN HOLLAND
Prison Identification #: _____
Prison Address: _____

_____
City    State    Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____

12

Address                  _____
Telephone Number         _____
E-mail Address           _____